UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ANNIE M. SCALES,<br><br>                       Plaintiff,<br>v.<br><br>LAS VEGAS METORPOLITAN POLICE DEPARTMENT, et al.,<br><br>                       Defendants. | Case No. 2:15-cv-00355-MMD-PAL<br><br>ORDER<br><br>(IFP Application – Dkt. #1) |

This matter is before the court on Plaintiff Annie M. Scales' Application to Proceed In Forma Pauperis (Dkt. #1) filed February 27, 2015. Plaintiff is proceeding in this action pro se, has requested authority pursuant to 28 U.S.C. § 1915 to proceed in forma pauperis, and submitted a complaint. This proceeding was referred to this court by 28 U.S.C. § 636(b)(1)(A) and Local Rule IB 1-3.

Plaintiff has submitted an incomplete Application to Proceed In Forma Pauperis. Plaintiff has only submitted the first page of the Application and has not included the financial affidavit required by 28 U.S.C. § 1915. As a result, the court cannot determine whether Plaintiff qualifies to proceed in forma pauperis, and her Application will be denied without prejudice. The Clerk of Court shall retain the Complaint.

Accordingly,

**IT IS ORDERED**:

1. Plaintiff's Application to Proceed In Forma Pauperis (Dkt. #1) is DENIED WITHOUT PREJUDICE. The Clerk of Court shall mail Plaintiff a blank application, and Plaintiff shall have until **April 30, 2015,** in which to submit the

completed application or pay the $350.00 filing fee.  Failure to comply with this order will result in a recommendation to the district judge for dismissal.

2. The Clerk of Court shall retain Plaintiff's complaint.

Dated this 31st day of March, 2015.

*[signature]*
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE